# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**315**

**CA 14-00766**

PRESENT: CENTRA, J.P., PERADOTTO, CARNI, SCONIERS, AND DEJOSEPH, JJ.

---

KELLY G. SHERIDAN, PLAINTIFF-RESPONDENT,

                                    V                                    ORDER

DAVID E. SHERIDAN, DEFENDANT-APPELLANT.
(APPEAL NO. 4.)

---

PHILLIPS LYTLE LLP, BUFFALO (MICHAEL B. POWERS OF COUNSEL), FOR DEFENDANT-APPELLANT.

HANCOCK ESTABROOK, LLP, SYRACUSE (JANET D. CALLAHAN OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

KELLY M. CORBETT, ATTORNEY FOR THE CHILD, FAYETTEVILLE.

-------------------------------------------------------------------------------------------------------

    Appeal from an order of the Supreme Court, Onondaga County (Kevin G. Young, J.), entered February 11, 2014.  The order, among other things, denied defendant's motion for plaintiff to be held in contempt of court.

    It is hereby ORDERED that said appeal is unanimously dismissed without costs (*see Abasciano v Dandrea*, 83 AD3d 1542, 1545).

Entered:  June 19, 2015                          Frances E. Cafarell
                                                 Clerk of the Court